IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN AUGUSTINE,

    Plaintiff,                    2:03-cv-0990-GEB-KJM-P

  vs.

JEFF NEVES, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 23, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

1

1         In accordance with the provisions of 28 U.S.C.
2    § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
3    <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4    entire file, the court finds the findings and recommendations to
5    be supported by the record and by proper analysis.
6         Accordingly, IT IS HEREBY ORDERED that:
7         1.  The findings and recommendations filed August 23,
8    2005, are adopted in full; and
9         2.  Defendant Neves' motion to dismiss filed December
10   20, 2004, and defendants Steber and Harris-White's motion to
11   dismiss, filed December 22, 2004, are granted.
12   Dated:  September 26, 2005

                                   <u>/s/ Garland E. Burrell, Jr.</u>
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge